

# EXHIBIT "A"

# U.S. District Court
## District of New Jersey [LIVE] (Trenton)
### CIVIL DOCKET FOR CASE #: 3:19-cv-06742-FLW-TJB

| | |
|---|---|
| GILL v. JUS BROADCASTING CORP et al<br>Assigned to: Chief Judge Freda L. Wolfson<br>Referred to: Magistrate Judge Tonianne J. Bongiovanni<br>Cause: 18:1962 Racketeering (RICO) Act | Date Filed: 02/25/2019<br>Jury Demand: None<br>Nature of Suit: 470 Racketeer/Corrupt Organization<br>Jurisdiction: Diversity |

**Plaintiff**

**KASHMIR GILL**
*Individually*

represented by **ALAN R. ACKERMAN**
1719 ROUTE 10 EAST
PARSIPPANY, NJ 07054
(973) 898-1177
Email: araesq@alanackermanlaw.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**JUS BROADCASTING CORP**

represented by **MICHAEL FARHI**
KATES, NUSSMAN, RAPONE, ELLIS & FARHI, LLP
190 MOORE STREET
HACKENSACK, NJ 07601
(201) 488-7211
Email: mfarhi@nklaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JUS PUNJABI, LLC**

represented by **MICHAEL FARHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JUS ONE, CORP.**

represented by **MICHAEL FARHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**JUS BROADCASTING CORP PVT LTD**

represented by **MICHAEL FARHI**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**PENNY SANDHU**

represented by **MICHAEL FARHI**

(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 02/25/2019 | 1 | COMPLAINT against JUS BROADCASTING CORP, JUS BROADCASTING CORP PVT LTD, JUS ONE, CORP., JUS PUNJABI, LLC, PENNY SANDHU ( Filing and Admin fee $ 400 receipt number 0312-9444442), filed by KASHMIR GILL. (Attachments: # 1 Civil Cover Sheet)(ACKERMAN, ALAN) (Entered: 02/25/2019) |
| 02/25/2019 |   | Judge Freda L. Wolfson and Magistrate Judge Tonianne J. Bongiovanni added. (jmh) (Entered: 02/25/2019) |
| 02/25/2019 | 2 | SUMMONS ISSUED as to JUS BROADCASTING CORP, JUS BROADCASTING CORP PVT LTD, JUS ONE, CORP., JUS PUNJABI, LLC, PENNY SANDHU. Attached is the official court Summons, please fill out Defendant and Plaintiffs attorney information and serve. (jmh) (Entered: 02/25/2019) |
| 03/21/2019 | 3 | SUMMONS Returned Executed by KASHMIR GILL. PENNY SANDHU served on 3/9/2019, answer due 4/1/2019. (ACKERMAN, ALAN) (Entered: 03/21/2019) |
| 03/21/2019 | 4 | AFFIDAVIT of Service for Affidavit of Service served on Jus Broadcasting PVT LTD; Jus Punjabi, LLC; Jus Broadcasting Corp.; Jus One, Corp. on 03/07/2019, filed by KASHMIR GILL. (Attachments: # 1 Exhibit "A", # 2 Exhibit "B", # 3 Exhibit "C", # 4 Exhibit "D") (ACKERMAN, ALAN) (Entered: 03/21/2019) |
| 04/02/2019 | 5 | STIPULATION by All Defendants. (FARHI, MICHAEL) (Entered: 04/02/2019) |
| 04/03/2019 | 6 | STIPULATION AND ORDER that the time for Defendant Joseph Scotto to answer, move or otherwise respond to the Complaint is extended to 4/11/2019. Signed by Magistrate Judge Tonianne J. Bongiovanni on 4/3/2019. (km) (Entered: 04/03/2019) |
| 04/11/2019 | 7 | NOTICE of Appearance by MICHAEL FARHI on behalf of All Defendants (FARHI, MICHAEL) (Entered: 04/11/2019) |
| 04/11/2019 | 8 | STIPULATION *Extending Time to Answer* by All Defendants. (FARHI, MICHAEL) (Entered: 04/11/2019) |
| 04/12/2019 | 9 | STIPULATION AND ORDER that the time within which all Defendants may answer or file a responsive pleading to the Complaint or otherwise move is extended to 4/25/2019. Signed by Magistrate Judge Tonianne J. Bongiovanni on 4/12/2019. (mps) (Entered: 04/12/2019) |
| 04/25/2019 | 10 | MOTION to Dismiss for Lack of Jurisdiction by All Defendants. (Attachments: # 1 Text of Proposed Order, # 2 Brief, # 3 Declaration, # 4 Declaration)(FARHI, MICHAEL) (Entered: 04/25/2019) |
| 04/26/2019 |   | Set Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction . Motion set for 5/20/2019 before Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Note that this is an automatically generated message from the Clerk`s Office and does not supersede any previous or subsequent orders from the Court. (km) (Entered: 04/26/2019) |
| 05/06/2019 | 11 | Letter from Alan R. Ackerman, Esq. requesting an adjournment re 10 MOTION to Dismiss for Lack of Jurisdiction , Set/Reset Motion and R&R Deadlines/Hearings,. (ACKERMAN, ALAN) (Entered: 05/06/2019) |

| | | |
|---|---|---|
| 05/07/2019 | 12 | LETTER ORDER Resetting Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction . Motion reset for 6/3/2019 before Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Signed by Judge Freda L. Wolfson on 5/7/2019. (km) (Entered: 05/07/2019) |
| 05/20/2019 | 13 | RESPONSE in Opposition filed by KASHMIR GILL re 10 MOTION to Dismiss for Lack of Jurisdiction (Attachments: # 1 Affidavit of Kashmir Gill, # 2 Exhibit A to Gill Affidavit (Profit and Loss Statement), # 3 Exhibit B to Gill Affidavit (Operating Agreement), # 4 Exhibit C to Gill Affidavit (Final Settlement Agreement), # 5 Exhibit D to Gill Affidavit (Signed Dollar), # 6 Exhibit E to Gill Affidavit (Email))(ACKERMAN, ALAN) (Entered: 05/20/2019) |
| 05/24/2019 | 14 | Letter. (FARHI, MICHAEL) (Entered: 05/24/2019) |
| 05/28/2019 | 15 | LETTER ORDER Resetting Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction . Motion reset for 6/17/2019 before Chief Judge Freda L. Wolfson. Unless otherwise directed by the Court, this motion will be decided on the papers and no appearances are required. Signed by Chief Judge Freda L. Wolfson on 5/28/2019. (km) (Entered: 05/29/2019) |
| 06/03/2019 | 16 | REPLY BRIEF to Opposition to Motion filed by All Defendants re 10 MOTION to Dismiss for Lack of Jurisdiction (Attachments: # 1 Brief)(FARHI, MICHAEL) (Entered: 06/03/2019) |
| 06/12/2019 | | Set/Reset Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction . Motion set for Oral Argument on 7/10/2019 10:00 AM in Trenton - Courtroom 5E before Chief Judge Freda L. Wolfson. (jmm, ) (Entered: 06/12/2019) |
| 07/11/2019 | | Set/Reset Deadlines as to 10 MOTION to Dismiss for Lack of Jurisdiction . Motion set for 7/19/2019 10:30 AM in Trenton - Courtroom 5E before Chief Judge Freda L. Wolfson. (jmm, ) (Entered: 07/11/2019) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 07/16/2019 15:02:06 | | | |
| PACER Login: | aackerman:2675307:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 3:19-cv-06742-FLW-TJB Start date: 1/1/1970 End date: 7/16/2019 |
| Billable Pages: | 3 | Cost: | 0.30 |