Alan R. Ackerman, Esq. (AA9730)
Law Offices of Alan R Ackerman
1719 Route 10 East, Suite 106
Parsippany, NJ 07054
(973) 898-1177
araesq@alanackermanlaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____

KASHMIR GILL, Individually,                    :
                                               :
                              Plaintiff        :
                                               ,   :
                                               :   Case No. 3:19-cv-06742-FLW-TJB
v.                                             :
                                               :
JUS BROADCASTING CORP; JUS PUNJABI,            :
LLC; JUS ONE, CORP.; JUS BROADCASTING          :          **ORDER**
CORP. PVT LTD; and PENNY SANDHU                :
                                               :
                              Defendants.      :
_____

 

 

       **THIS MATTER** having been presented to the Court via Verified Application of Plaintiff

for attorney's fees resulting from Defendants' failure to appear at the return date for their Motion

to dismiss the Complaint on July 10, 2019, and the Court having reviewed the pleadings filed in

support and opposition to the within Motion, if any, and good cause having been shown for the

entry of the within Order,

       **IT IS** on this _____day of _____, 2019,

       **ORDERED** that Alan R. Ackerman, Esq. is awarded attorney's fees in the amount of

$_____ and costs in the amount of $_____, for a total of $_____,

and against Michael Farhi, Esq. and all Defendants in this action based upon the counsel's

failure to appear at the return date of Defendants' Motion to dismiss Plaintiff's Complaint on

July 10, 2019.

 

                          _____
                          HONORABLE FREDA L. WOLFSON, U.S.D.J.