UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------------- x

KASHMIR GILL,

        Plaintiff,

v.

JUS BROADCASTING CORP.;
JUS PUNJABI, LLC; JUS ONE, CORP.;
JUS BROADCASTING CORP PVT LTD;
and PENNY SANDHU

        Defendants.

-------------------------------------------------------------- x

Case No. 1:19 – cv-04216 (ILG) (PK)

## NOTICE OF APPEARANCE
## OF COUNSEL OF RECORD FOR ALL DEFENDANTS

PLEASE TAKE NOTICE that Paul Batista, P.C., a Member of the Bar of this Court since 1975, hereby appears as attorney of record to all defendants.

PLEASE TAKE FURTHER NOTICE that all papers and notice of all proceedings are to be served on the undersigned attorney to all defendants.

Dated:  New York, New York
         July 23, 2019

PAUL BATISTA, P.C.

By: _____
Paul Batista
Attorney for All Defendants
26 Broadway, Suite 1900
New York, New York 10004
(212) 980-0070 (T)
Batista007@aol.com

To:  LAW OFFICES
     OF ALAN R. ACKERMAN
     1719 Route 10 East, Suite 106
     Parsippany, New Jersey 07054
     (973) 898-1177
     araesq@alanackermanlaw.com