UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
KASHMIR GILL,

              Plaintiff,                    SCHEDULING ORDER
                                                  19-CV-04216

    - against -

JUS BROADCASTING CORP, JUS PUNJABI,
LLC, JUS ONE, CORP., JUS BROADCASTING
CORP PVT LTD, and PENNY SANDHU,

              Defendants.
-----------------------------------------------------------x
GLASSER, Senior United States District Judge:

       On August 16, 2019, Defendants requested that the Court approve a briefing schedule in connection with their upcoming motion to dismiss pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure. (ECF No. 32). Considering that Plaintiff's counsel failed to confer regarding that schedule, in contravention with the Court's individual rules, the Court orders the briefing of Defendants' motion to dismiss as follows:

- September 9, 2019 – Filing of Defendants' motion;
- October 9, 2019 – Filing of Plaintiff's responsive papers;
- October 31, 2019 – Filing of Defendants' reply papers.

       SO ORDERED.

Dated:       Brooklyn, New York
                August 19, 2019

                                                           /s
                                                           I. Leo Glasser                            U.S.D.J.