EXHIBIT "B"

**Alan R. Ackerman**

| | |
|---|---|
| **From:** | Kashmir Gill <kashmirgill@gillenergy.com> |
| **Sent:** | Tuesday, July 30, 2019 8:23 AM |
| **To:** | Alan R. Ackerman |
| **Subject:** | Fwd: |

# Kashmir S. Gill
President

GILL ENERGY

935 Route 34, Suite 3A
Matawan, NJ 07747
Phone: 732-696-2201
Fax:    732-696-2202
Ice:    kgill3
www.Gillenergy.com

---------- Forwarded message ---------
From: **Paul Batista** <batista007@aol.com>
Date: Thu, Jul 16, 2015 at 10:40 AM
Subject: Re:
To: Kashmir Gill - JUS TV <kashmirgill@jusbroadcasting.com>

Thank you, Kashmir.  I am discouting by 10 percent my billing to Jus Pujabi, and the discount will be reflected on my invoices.



Your call the other day was one of the kindest gestures anyone has ever made to me.
On Jul 16, 2015, at 10:34 AM, Kashmir Gill - JUS TV wrote:

> Dear and respected Friend,
> Please accept my apology for responding late as I have been extremely busy with a closing which might happen tomorrow. **Penny told me that she will never call Karl and will fight this  case to the end**. I tried to call Karl but he do not respond to me anymore. I agree with you your position of settling the case. In my opinion and experience "humility" has always prevailed over litigation.
>
> On Thu, Jul 9, 2015 at 1:08 PM, Paul Batista <batista007@aol.com> wrote:
>> Dear friend,

1

~~things. My daughter is still in the hospital but her doctors are absolutely confident. S~~

Second:  I'm taking the liberty of sending you this note I sent to Penny.  Last night she emailed me asking if we could talk about Karl this morning.  I said yes but have not heard from her.  I don't know whether when you so kindly called over the weekend about my daughter that we discussed Penny.  I don't think we did.  But the day before you and I spoke I did speak to Penny whose laments about the Karl lawsuit are always the same.  I suggested to her that, when there is disagreement, sometimes it is best for the principals to speak directly to each other to hear from the horse's mouth what the problems and issues are.  She said she would call Karl.  I don't know whether she did.  What I do know is that the court rules require me to respond in writing to the motion Karl's lawyers made to dismiss her counterclaims about disparagement, etc.  As of this moment, neither Penny nor Karl appears to be budging and unfortunately I have to put in the time to work on her papers.  I'd prefer to see the case settle rather than continue to run up legal fees.   I know there's nothing more you can do and Penny would probably be annoyed with me for letting you know this, so let's keep it between ourselves.  I simply thought you should know.

Begin forwarded message:

**From:** Paul Batista <batista007@aol.com>
**Date:** July 9, 2015 12:30:06 PM EDT
**To:** Penny K Sandhu - JUS TV <penny@jusbroadcasting.com>

Penny,  Did you want to talk today regarding Karl?  I have been in the office since 8 but need to leave by 2 ~~to see my daughter who is still in the hospital~~  In the meantime, I am preparng because I have to the papers in opposition to Karl's lawyers' motion to dismiss your counterclaims for disparagement and stealing and attempting to steal some of yur employees.

--

**Kashmir S. Gill**

*jus broadcasting*

**JUS Broadcasting Corp.**
HOME OF 4 TV CHANNELS and ONE RADIO
Tel:  718 752-9290 / 718-PUNJABI
Fax: 718-752-9212
P.O.Box 3196, L.I.C. NY 11103
www.jusbroadcasting.com

2

    

**JUS Punjabi TV** - *The 1st American-Punjabi Channel*
Ch 736 on DISH I Ch 1164 on Cablevision-io  I Ch 1563 on TWC  I Ch 1757 on Verizon FiOS I DISH World
Canada: Ch 822  on Bell Fibe I Ch 694  on Rogers Cable

**JUS ONE TV** - *Television for the MIND, BODY & SOUL*
Ch 741 on DISH

**9X Tashan** - No. 1 Music Channel
Ch 742 on DISH I DISH World

**JUS 24x7** - *Comedy Channel - Zara Hatt Ke*
Ch 743 on DISH I DISH World

**JUS Radio**
Download FREE App on iPhone, Android
Also available on Shoutcast, tunein

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.