# EXHIBIT "C"

Alan R. Ackerman

**From:** Kashmir Gill <kashmirgill@gillenergy.com>
**Sent:** Tuesday, July 30, 2019 8:24 AM
**To:** Alan R. Ackerman
**Subject:** Fwd: Karl

# Kashmir S. Gill
President

GILL ENERGY

935 Route 34, Suite 3A
Matawan, NJ 07747
Phone: 732-696-2201
Fax:     732-696-2202
Ice:     kgill3
www.Gillenergy.com


---------- Forwarded message ---------
From: **Paul Batista** <batista007@aol.com>
Date: Wed, Jul 29, 2015 at 2:12 PM
Subject: Re: Karl
To: Kashmir Gill - JUS TV <kashmirgill@jusbroadcasting.com>
Cc: Penny K Sandhu - JUS TV <penny@jusbroadcasting.com>


Later today or early tomorrow.  Sincere apologies.
On Jul 29, 2015, at 12:04 PM, Kashmir Gill - JUS TV wrote:

> Dear Friend,
> We are still waiting for the red lined contract for Karl and a separate letter for his wife
>
> 2015-07-22 10:51 GMT-04:00 Paul Batista <batista007@aol.com>:
>> Penny,
>>
>> Here is the additional legal memorandum Karl's lawyers filed yesterday in response to the opposition papers we filed last wee and which I re-sent to you because they inadvertently omitted page 5; that problem has been completely rectified.

--
**Kashmir S. Gill**

1

Case 1:19-cv-04216-ILG-PK   Document 36-5   Filed 08/20/19   Page 3 of 3 PageID #: 116



**JUS Broadcasting Corp.**
HOME OF 4 TV CHANNELS and ONE RADIO
**Tel:  718 752-9290 / 718-PUNJABI**
**Fax: 718-752-9212**
P.O.Box 3196, L.I.C. NY 11103
www.jusbroadcasting.com

  

**JUS Punjabi TV** - *The 1st American-Punjabi Channel*
Ch 736 on DISH I Ch 1164 on Cablevision-io  I Ch 1563 on TWC  I Ch 1757 on Verizon FiOS I DISH World
Canada: Ch 822  on Bell Fibe I Ch 694  on Rogers Cable

**JUS ONE TV** - *Television for the MIND, BODY & SOUL*
Ch 741 on DISH

**9X Tashan** - No. 1 Music Channel
Ch 742 on DISH I DISH World

**JUS 24x7** - *Comedy Channel - Zara Hatt Ke*
Ch 743 on DISH I DISH World

**JUS Radio**
Download FREE App on iPhone, Android
Also available on Shoutcast, tunein

The contents of this e-mail message and any attachments are confidential and are intended solely for addressee. The information may also be legally privileged. This transmission is sent in trust, for the sole purpose of delivery to the intended recipient. If you have received this transmission in error, any use, reproduction or dissemination of this transmission is strictly prohibited. If you are not the intended recipient, please immediately notify the sender by reply e-mail or phone and delete this message and its attachments, if any.

2