

# LAW OFFICES OF
# ALAN R. ACKERMAN

New Jersey Office
1719 Route 10 East
Suite 106
Parsippany, NJ 07054
T. (973) 898-1177
F. (973) 898-1230

New York Office
26 Whittier Road
Blauvelt, NY 10913
Please respond to NJ Office

Alan R. Ackerman, Esq.
Counsellor at Law
araesq@alanackermanlaw.com
Admitted NJ, NJ District Court
3rd Cir. Court of Appeals

Steven A. Jayson, Esq.
sjayson@alanackermanlaw.com
Admitted NJ, NY
NJ District Court, EDNY, SDNY

August 29, 2019

*Via CM/ECF*

Honorable Peggy Kuo, U.S.M.J.
U.S. District Court Eastern District of New York
U.S. Courthouse
Room 1207S
225 Cadman Plaza East
Brooklyn, NY 11201

  *Re: Gill v. Jus Broadcasting Corp. et al.*
    *Case No. 1:19-cv-4216 (ILG)(PK)*

Dear Magistrate Judge Kuo:

  Today this office filed Notice of Motion for my admission to appear pro hac vice in the within matter. Opposing counsel, Paul Batista, Esq., has advised that he consents to my admission. Upon review of the Motion, if the Court approves, please enter my admission pro hac vice.

          Respectfully submitted,

          LAW OFFICES OF ALAN R. ACKERMAN

ARA/st          BY: Alan R. Ackerman
            ALAN R. ACKERMAN, ESQ.

cc: Mr. Kashmir Gill (via email only)
   Paul Batista, Esq. [via CM/ECF]
   Steven A. Jayson, Esq. [via CM/ECF]