# EXHIBIT "A"



**LAW OFFICES OF ALAN R. ACKERMAN**

New Jersey Office
1719 Route 10 East
Suite 106
Parsippany, NJ 07054
T. (973) 898-1177
F. (973) 898-1230

New York Office
26 Whittier Road
Blauvelt, NY 10913
Please respond to NJ Office

Alan R. Ackerman, Esq.
Counsellor at Law
araesq@alanackermanlaw.com
Admitted NJ, NJ District Court
3rd Cir. Court of Appeals

Steven A. Jayson, Esq.
sjayson@alanackermanlaw.com
Admitted NJ, NY
NJ District Court, EDNY, SDNY

June 20, 2018

**_Via Email & First Class Mail_**
Paul Batista, P.C.
Paul Batista, Esq.
26 Broadway- Suite 1900
New York, NY 10004

        Re:    *Jus Broadcasting Corp., Jus One Corp., Jus Punjabi, LLC and Worldwide Affiliates*

Dear Mr. Batista:

      Following our brief conversation on Monday afternoon, I was surprised by the tone and content of your letter of June 14th. I was hoping that Ms. Sandhu, individually and acting on behalf of all of her corporate entities, would have at least acknowledged the receipt of the monies and an obligation to either issue membership units in her Limited Liability Companies or a proposal to repay the debt with interest. Instead, the letter attempted to intimidate Mr. Gill by calling him a liar, overbearing, guilty of fraudulent conduct, and extortion. The correspondence further attempts to intimidate me by alleging that any litigation commenced based upon the monies advanced by Mr. Gill for the payment of operating expenses for these entities and obligations to third parties will be met with a frivolous lawsuit claim. Neither Mr. Gill nor I are impressed by this bravado.

      Your correspondence also threatens Mr. Gill with criminal liability to the Internal Revenue Service, along with threats of personal interference with his family relations and business associates. This statement is viewed as an attempt to blackmail Mr. Gill from pursuing his claims. These threats further inflame Mr. Gill, and are counterproductive if this matter is to be amicably resolved.

      I strongly suggest that your client reconsider her position and respond in a more appropriate fashion. Unless further is received addressing this issue within seven days, Mr. Gill will file suit without further notice.

      As you are aware, you have a conflict of interest, having previously represented Mr. Gill and having engaged Mr. Gill in several conversations concerning the money lent to Ms. Sandhu, stating to Mr. Gill, "You have a good case." Unless the parties can reach an agreement, Ms. Sandhu and the entities will need to retain a different

Paul Batista, Esq.
June 20, 2018
Page 2

---

attorney.

    Finally, I must also comment upon your claim of illegal wiretapping. As a criminal defense attorney, with 45 years of experience, I am sure that you are aware that one cannot "wiretap" an in-person conversation with two people when the person who records is one of the parties to the conversation. As you are aware, only one party to a conversation needs to consent.

    I await your further response.

                                               Very truly yours,

                                               LAW OFFICES OF ALAN R. ACKERMAN

ARA/bc                                     BY: ALAN R. ACKERMAN, ESQ.

cc:    Mr. Kashmir Gill

FILE COPY