
# LAW OFFICES OF
# ALAN R. ACKERMAN

June 12, 2020

<u>**Via ECF**</u>
Honorable Peggy Kuo, U.S.M.J.
U.S. District Court Eastern District of New York
U.S. Courthouse
Room 1207S
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Gill v. Jus Broadcasting Corp. et al.*
           *Case No. 1:19-cv-4216 (ILG)(PK)*

Dear Magistrate Judge Kuo:

    Pursuant to the Court's directive that the parties consult with each other concerning our respective positions for and against the Motion to Compel Compliance with Plaintiff's Subpoena, I just spoke briefly with Mr. Batista. He is in Los Angeles because his daughter has contracted COVID-19 and is in the hospital. Because of visitation limitations, he will return to New York on Sunday evening. In light of Mr. Batista's emergent family health issue, I have suggested that Mr. Batista and I speak later next week after his daughter's condition improves. Thereafter, we will report back to the Court.

                                  Respectfully yours,

                                  LAW OFFICES OF ALAN R. ACKERMAN

ARA/st                                BY:    ALAN R. ACKERMAN, ESQ.

cc:    Kashmir Gill
       Paul Batista, Esq.

Alan R. Ackerman, Esq.       T. (973) 898-1177      araesq@alanackermanlaw.com
Counsellor at Law      F. (973) 898-1230      1719 Route 10 East, Suite 106
Admitted NJ, NJ District Court      Parsippany, NJ 07054
3rd Cir. Court of Appeals