UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
KASHMIR GILL,

              Plaintiff,                      ORDER
                                                         19-CV-04216

  - against -

JUS BROADCASTING CORP, JUS PUNJABI,
LLC, JUS ONE, CORP., JUS BROADCASTING
CORP PVT LTD, and PENNY SANDHU,

              Defendants.
-------------------------------------------------------------x
GLASSER, Senior United States District Judge:

      By letter dated July 8, 2020, defendants requested that the Court endorse a briefing schedule for motions under Federal Rules of Civil Procedure 12(c) and 56. (ECF No. 77). Plaintiff objects to the schedule, citing outstanding discovery issues and defendants' prior opportunity to file a Rule 12(c) motion. (ECF No. 78). Plaintiff's concerns echo the Court's own, and defendants' request is **DENIED**.

      Defendants are hereby ordered to defer their filing of the proposed motions until after discovery is completed. Although the parties are strongly encouraged to resolve their disputes by consent, requests concerning future non-compliance with discovery obligations should be directed to Judge Kuo.

      SO ORDERED.

Dated:      Brooklyn, New York
             July 10, 2020

                                                              /s/
                                                               I. Leo Glasser                U.S.D.J.