
# LAW OFFICES OF
# ALAN R. ACKERMAN

July 20, 2020

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
U.S. District Court Eastern District of New York
U.S. Courthouse
Room 1207S
225 Cadman Plaza East
Brooklyn, NY 11201

  Re: *Gill v. Jus Broadcasting Corp. et al.*
    *Case No. 1:19-cv-4216 (ILG)(PK)*

Dear Magistrate Judge Kuo:

  I annex Plaintiff's Proposed Discovery Plan/Scheduling Order. Mr. Batista and I have spoken and are unable to agree on the dates for the conclusion of all discovery. It is Plaintiff's position that this matter has been ongoing for quite some time. Plaintiff's discovery was propounded in early February. Plaintiff's Motion to compel more specific answers to Plaintiff's Interrogatories and Document Demand is now pending before the Court. It is Plaintiff's position that Defendants must begin to focus their attention on this matter and start providing the documents requested. There is no reason that the timeframe set forth in Plaintiff's proposed Discovery Plan/Scheduling Order should pose an unreasonable burden on the Defendants.

  Mr. Batista will shortly submit his version to the Court.

  Thank you for your attention and courtesies.

            Respectfully yours,

            LAW OFFICES OF ALAN R. ACKERMAN

ARA/bc            BY: ALAN R. ACKERMAN, ESQ.
Enclosure
cc: Kashmir Gill
   Paul Batista, Esq.

Alan R. Ackerman, Esq.   T. (973) 898-1177   araesq@alanackermanlaw.com
Counsellor at Law     F. (973) 898-1230   1719 Route 10 East, Suite 104
Admitted NJ, NJ District Court           Parsippany, NJ 07054
3rd Cir. Court of Appeals