**PAUL BATISTA, P.C.**
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631) 377-0111

e-mail: Batista007@aol.com                                  Facsimile: (212) 344-7677

July 20, 2020

VIA ECF
Hon. Peggy Kuo
United States Magistrate Judge
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: Kashmir Gill v. JUS Broadcasting Corp.,
*et al.*, Case No. 1:19-cv-04216 (ILG)(PK)

Dear Judge Kuo:

I represent the defendants in the above-entitled litigation.

I am enclosing the Proposed Discovery Plan/Scheduling Order as prepared by defendants.

Mr. Ackerman and I made a good-faith attempt to submit a single consensual order, but there were some important issues to which we could not agree.

From my standpoint, the primary difficulty is that plaintiff Kashmir Gill has not produced a single document, although his time to make such production in response to defendants' document demand is long overdue.

Needless to say, I had hoped Mr. Ackerman and I could have agreed on a schedule. But, for the reason mentioned given Mr. Gill's failure to produce a single document on a timely basis and the likely necessity of my having to make a motion to compel compliance, the date I have proposed in the accompanying schedule appears more realistic than the date Mr. Ackerman has proposed. Obviously, I cannot effectively take Mr. Gill's deposition with no document production by him. I therefore urge the Court to "So Order" defendants' enclosed proposed schedule.

Respectfully submitted,

Paul Batista

PB:wlg
cc: All Counsel on Service List

Case Name: Kashmir Gill v. JUS Broadcasting    Case Number: 19 CV-0426 (ILG)(PK)

# PROPOSED DISCOVERY PLAN/SCHEDULING ORDER

|  | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|
| **A. ACTIONS REQUIRED _BEFORE_ THE INITIAL CONFERENCE** | | | |
| 1. Rule 26(f) Conference held | X | | |
| 2. Rule 26(a)(1) disclosures exchanged | X | | |
| 3. Requested: | | | |
| a. Medical records authorization | N/A | | |
| b. Section 160.50 releases for arrest records | N/A | | |
| c. Identification of John Doe/Jane Doe defendants | N/A | | |
| 4. Procedures for producing Electronically Stored Information (ESI) discussed | | | |
| 5. Confidentiality Order to be submitted for court approval (see Proposed Confidentiality Order on the Chambers website) | | | |
| **B. SETTLEMENT PLAN** | | | |
| 1. Plaintiff to make settlement demand | | X | |
| 2. Defendant to make settlement offer | | . | |
| 3. Referral to EDNY mediation program pursuant to Local Rule 83.8? (If yes, enter date to be completed) | | X | |
| 4. Settlement Conference (proposed date) | | | 10/15/20 |
| **C. PROPOSED DEADLINES** | | | |
| 1. Motion to join new parties or amend pleadings | | X | |
| 2. Initial documents requests and interrogatories | X | | |
| 3. All fact discovery to be completed (including disclosure of medical records) | | | 9/20/20 ① |
| 4. Joint status report certifying close of fact discovery and indicating whether expert discovery is needed | | | 9/20/20 |
| 5. Expert discovery (only if needed) | Check here if not applicable ☐ | | |

① Proposed date because plaintiff has not produced any documents on a timely basis

Rev. 4-20-20

| | | DONE | NOT APPLICABLE | DATE |
|---|---|---|---|---|
| Plaintiff expert proposed field(s) of expertise: | Accountant | | | |
| Defendant expert proposed field(s) of expertise: | Accounting forensic expert | | | |
| a. | Affirmative expert reports due | | | 10/30/20 |
| b. | Rebuttal expert reports due | | | 11/30/20 |
| c. | Depositions of experts to be completed | | | 12/15/20 |
| 6. | Completion of ALL DISCOVERY (if different from C.3) | | | 12/15/20 |
| 7. | Joint status report certifying close of ALL DISCOVERY and indicating whether dispositive motion is anticipated | | | 12/15/20 |
| 8. | If any party seeks a **dispositive motion**, date to (a) file request for pre-motion conference (if required), or (b) file briefing schedule for the motion | | | 12/20/20 |
| 9. | Proposed Joint Pre-Trial Order due (if no dispositive motion filed) | | | 1/15/21 |

### D. CONSENT TO MAGISTRATE JUDGE JURISDICTION

| | | |
|---|---|---|
| 1. | All parties consent to Magistrate Judge jurisdiction for dispositive motion? | ☐ Yes ☒ No |
| 2. | All parties consent to Magistrate Judge jurisdiction for trial? | ☐ Yes ☒ No |

### E. COLLECTIVE ACTION AND CLASS ACTION MOTIONS ONLY

| | | | | |
|---|---|---|---|---|
| 1. | Motion for collective action certification in FLSA cases | | | |
| | a. Response due | | | |
| | b. Reply due | | | |
| 2. | Motion for Rule 23 class certification | | | |
| | a. Response due | | | |
| | b. Reply due | | | |

This Scheduling Order may be altered or amended only upon a showing of good cause based on circumstances not foreseeable as of the date of this order.

SO ORDERED:

_____     _____
**PEGGY KUO**                      Date
United States Magistrate Judge

Rev. 4-20-20