UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KASHMIR GILL,

                Plaintiff,

   – against –

JUS BROADCASTING CORP.;
JUS PUNJABI, LLC; JUS ONE CORP;
JUS BROADCASTING CORP. PVT LTD;
and PENNY SANDHU,

                Defendants.

------------------------------------------------------------ x

Case No. 1:19-cv-04216 (ILG) (PK)

## NOTICE OF MOTION TO COMPEL
## PLAINTIFF TO PRODUCE DOCUMENTS

PLEASE TAKE NOTICE that, upon the annexed declaration of Paul Batista, defendants JUS Broadcasting Corp., JUS Punjabi, LLC, JUS One Corp., JUS Broadcasting Corp. PVT Ltd., and Penny Sandhu by and through their attorney, Paul Batista, P.C., will move this Court (Hon. Peggy Kuo, *U.S.M.J.*) at a date and time and manner to be selected by the Court for an order, pursuant to Fed. R. Civ. P. 37, compelling plaintiff Kashmir Gill to produce documents in response to "Defendants' First Request for Production of Documents" dated June 10, 2020.

PLEASE TAKE FURTHER NOTICE that plaintiff is required to respond to the motion not later than August 3, 2020 in accordance with the text order filed July 20, 2020.

DATED: New York, New York
       July 22, 2020

                                      PAUL BATISTA, P.C.

                                      By _____
                                        Paul Batista
                                        Attorney for Defendants
                                        JUS Broadcasting Corp., JUS Punjabi,
                                        LLC, JUS One Corp., JUS Broadcasting
                                        Corp. PVT Ltd. and Penny Sandhu
                                    26 Broadway – Suite 1900
                                    New York, New York 10004
                                    (631) 377-011144-7677
                                    Batista007@aol.com

TO: All Counsel on Service List (Via ECF)

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x

KASHMIR GILL,

        Plaintiff,

– against –

JUS BROADCASTING CORP.;
JUS PUNJABI, LLC; JUS ONE CORP;
JUS BROADCASTING CORP. PVT LTD;
and PENNY SANDHU,

        Defendants.

------------------------------------------------------------ x

Case No. 1:19-cv-04216 (ILG) (PK)

## DECLARATION OF PAUL BATISTA IN SUPPORT OF DEFENDANTS' MOTION TO COMPEL PRODUCTION Of DOCUMENTS BY PLAINTIFF KASHMIR GILL

PAUL BATISTA declares under penalty of perjury as follows:

1. I was admitted to practice in this Court in 1975 and represent all defendants in this litigation. I submit this declaration in support of defendants' motion for an order, pursuant to Fed. R. Civ. P. 37, compelling plaintiff Kashmir Gill ("Gill") to respond to "Defendants' First Request for Production of Documents from Plaintiff Kashmir Gill" dated and served on June 10, 2020 (the "Document Demand"). (Annexed as Exhibit 1 is a copy of the Document Demand.) Except as otherwise specifically indicated, I have personal knowledge of the facts set forth in this declaration.

### Requested Relief

2. This is a simple, direct and straightforward motion. *First*, plaintiff Gill was served with the Document Demand on or about June 10, 2020.

3. *Second*, almost two months have elapsed since the service of the Document Demand, and *not a single document has been produced by Gill*.

4. *Third,* I have repeatedly asked Gill's attorney, Alan R. Ackermann, to produce the documents.

5. *Fourth*, on July 20, 2020, Mr. Ackerman advised me categorically that Gill refused to produce documents until such time, if ever, as Gill, at his own discretion, saw fit to do so.

6. In a good faith effort to secure compliance with the Document Demand, I have several times requested that Mr. Ackerman produce the documents. He has refused to do so.

## Conclusion

7. For the foregoing reasons, I respectfully request that the Court enter an order, pursuant to Fed. R. Civ. P. 37, compelling plaintiff to produce forthwith the documents required by the Document Demand.

Dated: New York, New York
       July 22, 2020

_____
PAUL BATISTA

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------ x
KASHMIR GILL, :

        Plaintiff, : Case No. 1:19-cv-04216 (ILG) (PK)

– against – :

JUS BROADCASTING CORP.;
JUS PUNJABI, LLC; JUS ONE CORP;
JUS BROADCASTING CORP. PVT LTD; :
and PENNY SANDHU,
:
        Defendants.
:
------------------------------------------------------------x

## DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM PLAINTIFF KASHMIR GILL

Pursuant to Fed. R. Civ. P. 34, defendants JUS Broadcasting Corp. ("JUS Broadcasting"), JUS Punjabi, LLC ("JUS LLC"), JUS One Corp. ("JUS One"), JUS Broadcasting Corp. PVT Ltd. ("JUS PVT") and Penny Sandhu (collectively, the "JUS defendants"), by and through their attorney, Paul Batista, P.C., for their First Request for Production of Documents by plaintiff Kashmir Gill hereby demand as follows:

### Instructions and Definitions

1. Defendants hereby expressly incorporate in full Local Civil Rule 26.3 ("Uniform Definitions in Discovery Requests") of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York.

2. The term "JUS defendants" includes any and all entities in which defendant Ms. Sandhu owns an interest or which Ms. Sandhu controls even if such entities are not explicitly named as defendants in this action.

## Specific Document Demands

1. All documents, including, among other things, checks, receipts, and wire transfer materials, reflecting or embodying alleged transfers of funds, if any, from plaintiff Gill and any person or entity with which Gill is affiliated or associated to the JUS defendants and Ms. Sandhu since the date of the first alleged transfer mentioned in plaintiff's original complaint and Amended Complaint.

2. All documents relating to, reflecting or embodying all communications in any format, including, without limitation, notes, e-mails, texts, letters, memoranda, or any words transmitted by social media, sent by plaintiff Gill or any person or entity with which Gill is affiliated to the JUS defendants and Ms. Sandhu.

3. All documents relating to, reflecting or embodying all communications in any format, including, without limitation, notes, e-mails, text messages, letters, memoranda, or words transmitted by any form of social media, sent to plaintiff Gill or any person or entity associated with plaintiff Gill by Ms. Sandhu and any of the JUS defendants since the date of the first contacts mentioned by Gill in his original complaint and Amended Complaint.

4. All documents constituting federal and state income tax returns filed by plaintiff Gill since 2011.

5. All documents constituting, reflecting or relating to anyone regarding the JUS defendants since 2011 (including, without limitation, advertisers or other entities which engage in advertising).

6. All bank statements issued to Gill and any person or entity with which Gill is affiliated or associated in which transfers of funds to any and all of the JUS defendants are reflected or described.

2

7. Any and all documents which relate to, refer to, or evidence the allegations of the original complaint or the Amended Complaint.

8. Any and all documents obtained to date by Gill from all non-parties (whether by third party subpoena or otherwise) regarding or relating to any or all of the JUS defendants.

9. All recordings of Ms. Sandhu speaking, whether or not Gill was participating in the conversation with Ms. Sandhu, or recordings of any person employed by or associated with the JUS defendants.

10. Transcripts of any recordings of Ms. Sandhu or any person employed by or associated with the JUS defendants.

DATED: June 10, 2020

PAUL BATISTA, P.C

By: _____

Paul Batista
Attorney for Defendants
26 Broadway, Suite 1900
New York, New York 10004
(631) 377-0111 (T)
Batista007@aol.com

To: LAW OFFICES
OF ALAN R. ACKERMAN
1719 NJ-10 Suite 106
Parsippany, New Jersey 07054
(973) 898-1177
araesq@alanackermanlaw.com

STEVEN A. JAYSON
Ameri Law Firm
58 Main Street
Hackensack, New Jersey 07069

3