

# LAW OFFICES OF
# ALAN R. ACKERMAN

September 23, 2020

**Via ECF**
Honorable Peggy Kuo, U.S.M.J.
U.S. District Court Eastern District of New York
U.S. Courthouse
Room 1207S
225 Cadman Plaza East
Brooklyn, NY 11201

      *Re:*    *Gill v. Jus Broadcasting Corp. et al.*
             *Case No. 1:19-cv-4216 (ILG)(PK)*

Dear Magistrate Judge Kuo:

      I correspond with you concerning the Court's Scheduling Order dated September 21, 2020, which requires the parties to submit *Ex Parte* Settlement Statements by the end of the day today.

      I am surprised by this Order because it appears to conflict with the Court's August 6, 2020 Discovery and Scheduling Conference. Currently, both parties are in the process of exchanging paper discovery. Mr. Batista and I have exchanged letters requesting additional documents. Pursuant to the August 6, 2020 Order, the discovery responses by both parties are due to be completed on or before September 28, 2020. Unresolved discovery disputes will be the subject of a joint letter due on October 2, 2020. The Court scheduled an October 9, 2020 conference to discuss and resolve ongoing discovery disputes.

      I can file an Ex Parte Settlement Statement today with or without the completion of discovery. However, its value is questioned because it competes with ongoing paper discovery exchange. Please advise how the parties should proceed.

                                                           Respectfully yours,

                                                          LAW OFFICES OF ALAN R. ACKERMAN

ARA/bc                                                  BY:   ALAN R. ACKERMAN, ESQ.
cc:    Kashmir Gill
         Paul Batista, Esq.

---

| | | |
|---|---|---|
| Alan R. Ackerman, Esq. | T. (973) 898-1177 | araesq@alanackermanlaw.com |
| Counsellor at Law | F. (973) 898-1230 | 1719 Route 10 East, Suite 104 |
| Admitted NJ, NJ District Court | | Parsippany, NJ 07054 |
| 3rd Cir. Court of Appeals | | |