PAUL BATISTA, P.C.
Attorney-at-Law
26 Broadway – Suite 1900
New York, New York 10004
(631) 377-0111

e-mail: Batista007@aol.com

Facsimile: (212) 344-7677

April 27, 2021

VIA ECF

Hon. Peggy Kuo
United States Magistrate Judge
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

Re: **Kashmir Gill v. JUS Broadcasting Corp., et al., 1:19-cv-04216 (ILG)(PK)**

Dear Magistrate Judge Kuo:

I represent defendants in the above-entitled litigation.

During the telephone conference on Thursday, April 25, 2021, I misspoke when I indicated that I had no recollection of forwarding to and serving on plaintiff's counsel the "Defendants' Additional Supplemental Response to Plaintiff's Interrogatories" dated November 18, 2020 (the "Additional Supplemental Response") (*see* annexed Exhibit 1) with the signature of Ms. Penny Sandhu.

My recollection stated at last Thursday's conference was, as it turns out, faulty on both counts:

*First:* the Additional Supplemental Response was mailed to Mr. Ackerman on November 18, 2020.

*Second:* The signature page bearing Ms. Sandhu's signature was likewise separately mailed to Mr. Ackerman on November 18, 2020 (*see* annexed Exhibit 2).*

Respectfully submitted.

Paul Batista

cc: Alan R. Ackerman, Esq.
    Ms. Penny Sandhu

---

* To the extent Mr. Ackerman does not recall receiving these mailings, I am now, as Your Honor has required last Thursday, filing copies of those mailed documents on the ECF system together with this letter.

# Exhibit 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- x
KASHMIR GILL,

           Plaintiff,

        v.

JUS BROADCASTING CORP.;
JUS PUNJABI, LLC; JUS ONE, CORP.;
JUS BROADCASTING CORP PVT LTD;
and PENNY SANDHU,

           Defendants.
------------------------------------------------------------------- x

Case No. 1:19 – cv-04216 (ILG) (PK)

## DEFENDANTS' ADDITIONAL SUPPLEMENTAL RESPONSE TO PLAINTIFF'S INTERROGATORIES

Pursuant to Fed. R. Civ. P. 26 and 33, defendants JUS Broadcasting Corp. ("JUS Broadcasting"), JUS Punjabi, LLC ("JUS Punjabi"), JUS One Corp. ("JUS ONE") and JUS Broadcasting Corp. PVT Ltd. ("JUS PVT") (collectively, the "JUS Punjabi Entities") and Penny Sandhu, by and through their attorney, Paul Batista, P.C., for their additional supplemental response to plaintiff's "Interrogatories" hereby state as follows:[1]

### Specific Additional Responses

### Additional Response to Interrogatory No. 4

Subject to the previous stated Objections to Interrogatory No. 4, defendants in addition state as follows: The fraud consists of claims of plaintiff Kashmir Gill ("Gill") in his original complaint and amended complaint that he is a partner and owner of the JUS Punjabi Entities when, in fact, he has *no* partnership or ownership interest in the defendant entities. Moreover, to the extent Gill claims that the funds he has described in his original complaint and

---

[1] Defendants incorporate by reference their original response to the interrogatories and their supplemental response, subject to this additional supplemental response.

amended complaint are loans, he has no promissory notes, loan agreements or any other legally cognizable basis for claiming that funds he transferred to defendants were loans.

## Additional Supplemental Response to Interrogatory No. 8

Subject to the previously stated Objections in the original response and the supplemental response to Interrogatory No. 8, defendants in addition state as follows: The "server" used for communications were emails utilizing Google and "server" for text messages utilized phone texts and WhatsApp.

## Additional Supplemental Response to Interrogatory No. 9

Subject to the previously stated Objections in the original response to Interrogatory No. 9 and the supplemental response, defendants in addition state as follows:

### Returned Amount

| Date | Applied Towards | Amount | To Apply Towards |
|---|---|---|---|
| 3/25/11 | Returned | -$25,000 | Returned To Be Applied towards 9/15/10 |
| * * * | Whole amount was refunded to Gill's AMEX | -$32,798 | Returned: To Be Applied towards 8/5/12 |
| 4/10/14 | Returned | -$206,000 | On account |
| 4/10/14 | Returned | -$100,000 | On account |
| 5/29/14 | Returned | -$44,000 | On account |
| 3/15/16 | Returned | -$2,200 | On account |
| 3/15/16 | Returned | -$19,161 | On account |
| 10/31/17 | Returned | -$32,000 | Returned: to Be Applied towards 9/26/17 |
| 11/15/17 | Returned | -$10,000 | Returned: to Be Applied to 9/26/17 |
| 12/27/17 | Returned | -$20,000 | Returned: to Be Applied towards 12/01/17 |

## Additional Supplemental Response to Interrogatory No. 11

The additional supplemental responses to Interrogatory No. 11 are set forth in additional supplemental response No. 9, *supra*, and incorporated here by reference.

## Additional Supplemental Response to Interrogatory No. 13

Subject to the original response and the supplemental response to Interrogatory No. 13, Ms. Sandhu incorporates those responses by reference to those responses and again states that defendants were able to pay, and did in fact pay, the specifically designed amounts to Gill from defendants' resources.

## Additional Supplemental Response to Interrogatory No. 20

Defendants repeat and reincorporate their prior original response to Interrogatory No. 20 and their supplemental response. They also reiterate that at this stage they have no information which they recall as to any fact other than already stated.

## DECLARATION

I, Penny Sandhu, state that I have read the foregoing Additional Supplemental Responses, which are true to the best of my knowledge, information and belief. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
PENNY SANDHU

November 13, 2020

PAUL BATISTA, P.C.
Attorney for Defendants Jus Broadcasting Corp.,
   Jus Punjabi, LLC, Jus One, Corp.,
   Jus Broadcasting Corp PVT Ltd., and
   Penny Sandhu
26 Broadway, Suite 1900
New York, New York 10004
(212) 980-0070 (T)
(212) 344-7677 (F)
(631) 377-0111 (C)
Batista007@aol.com

# Exhibit 2

## DECLARATION

I, Penny Sandhu, state that I have read the foregoing Additional Supplemental Responses, which are true to the best of my knowledge, information and belief. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information and belief.

_____
PENNY SANDHU

November 18, 2020

4