## PAUL BATISTA, P.C.
### Attorney-at-Law
### 26 Broadway – Suite 1900
### New York, New York 10004
### (631) 377-0111

e-mail: Batista007@aol.com

Facsimile: (212) 344-7677

April 27, 2021

<u>VIA ECF</u>

Hon. Peggy Kuo
United States Magistrate Judge
  for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

<b>Re: Kashmir Gill v. JUS Broadcasting Corp., <i>et al.</i>,<br>1 :19-cv-04216 (ILG) (PK)</b>

Dear Judge Kuo:

I represent all defendants.

*First,* Your Honor's Minute Entry 111 of April 25, 2021 states in part as follows: "Defendants' counsel is ordered to send the attached *orders* to Google with a copy of this minute entry no later than April 28, 2021." *See* Entry 111; emphasis supplied.

I have carefully reviewed as always the official docket sheet in this and every other case in which I am involved. I see no copies of "the attached [Court] orders to Google" (*id.*) which minute entry 111 requires me to send to Google by tomorrow, April 28. Your Honor indicated that it would prepare the "Google orders." If the Court has done so, I have not been able to locate them and thus I am obviously inhibited from sending "orders" that I have not seen on the docket sheet.

*Second,* the same Entry 111 directs Ms. Sandhu to send her email from penny@jusbroadcasting.com pursuant to the "Order Regarding Production of Documents" by April 28, 2021. *Id.*

Given, as far as I can determine, the absence as of now of the Order to be sent by Ms. Sandhu, it is not possible as of this moment for Ms. Sandhu to comply. She will as always do so with complete alacrity as soon as the relevant Order is available

Respectfully submitted.

Paul Batista

cc:  Alan R. Ackerman, Esq.
     Ms. Penny Sandhu