

# LAW OFFICES OF
# ALAN R. ACKERMAN

February 2, 2024

**Via CM/ECF**

Honorable Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201

      Re:    ***Gill v. Jus Broadcasting Corp. et al.***
              ***Case No. 1:19-cv-4216 (ILG)(PK)***

Dear Judge Irizarry:

      This office represents Plaintiff, Kashmir Gill, in the above referenced matter. Plaintiff's responsive pleadings to Defendants' Notice of Motion in Limine are due on or before February 13, 2024. I wish to advise the Court that Mr. Ackerman's mother passed away this morning. With the consent of our adversary, Paul Batisa, Esq., we are respectfully requesting that Plaintiff's timeframe to file its responsive pleadings be extended for an additional three (3) weeks until March 5, 2024.

      Thank you for the Court's attention to this matter.

                                           Respectfully yours,

                                           *[signature]*

ARA/st                                        SHAY TRONCONE
                                                    Paralegal to Alan R. Ackerman Esq.

cc:      Kashmir Gill (via email only)
          Paul Batista, Esq. (via cm/ecf)

Alan R. Ackerman, Esq.    T. (973) 898-1177    araesq@alanackermanlaw.com
Counsellor at Law    F. (973) 898-1230    1719 Route 10 East, Suite 104
Admitted NJ, NJ District Court    Parsippany, NJ 07054
3rd Cir. Court of Appeals