**PAUL BATISTA, P.C.**
**Attorney-at-Law**
**26 Broadway – Suite 1900**
**New York, New York 10004**
**(631) 377-0111**

e-mail: Batista007@aol.com                                                                 Facsimile: (212) 344-7677

April 2, 2024

<u>VIA ECF</u>
Hon. Dora L. Irizarry
United States District Judge
   for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

                Re:     <u>**Kashmir Gill v. JUS Broadcasting Corp.**, *et al.*,</u>
                      <u>1:19-cv-4216 (DLI) (PK)</u>

Dear Judge Irizarry:

      I represent defendants in the above-entitled proceeding.

      I have received Your Honor's text order dated April 2, 2024.

      Since there was nothing in plaintiff's opposition to defendants' *in limine* motion which, in my view, required a reply, I decided not to exercise the opportunity to reply  As a result, I did not want to burden Your Honor with a request for an extension of the time to reply when I did not view a reply as needed.  Thus, I considered the motion fully briefed.  As today's text order states, "the motion shall be deemed fully briefed."  I have no intention of requesting any opportunity to request the filing of reply papers in the future in connection with the *in limine* motion.

Respectfully submitted,

*/s/ Paul Batista*

Paul Batista

cc: All Counsel of Record