UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
KASHMIR GILL, Individually,

                          Plaintiff,

          v.                                    Case No. 19-cv-06742 FLW-TJB

JUS BROADCASTING CORP., JUS PUNJABI LLC,
JUS ONE CORP., JUS BROADCASTING CORP.
PVT LTD; and PENNY SANDHU,

                      Defendants.
-------------------------------------------------------------------X

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
IN RE:                                          (Jointly Administered)

JUS BROADCASTING CORPORATION,                   Case No.   24-45180 (JMM)
JUS PUNJABI LLC,                                Case No.   24-45181 (JMM)
JUS ONE CORP.,                                  Case No.   24-45182 (JMM)

                      Debtor.
-------------------------------------------------------------X

## <u>NOTICE OF REMOVAL</u>

Defendants-Chapter 11 Debtors, Jus Broadcasting Corporation, Jus Punjabi LLC and Jus

One Corp. (the "*Removal Parties*") pursuant to 28 U.S.C. §1452 and Rule 9027 of the Federal

Rules of Bankruptcy Procedure, hereby gives notice of removal of the above-captioned civil

action, pending in the United States District Court for the Eastern District of New York, under

Index No. 19-cv-06742 (the "*District Court Action*").  Removal hereof is to the United States

Bankruptcy Court for the Eastern District of New York, in which the District Court Action is

pending.   As grounds for removal, the Removal Parties respectfully represent.

1.        On December 11, 2024, an Order for relief under Chapter 11 of the Bankruptcy Code was entered in connection with the Chapter 11 filing by Jus Broadcasting Corporation, Jus Punjabi LLC and Jus One Corp., three (3) Chapter 11 Debtors who are Defendants in the District Court Action (the "*Debtors-Defendants*") in the United States Bankruptcy Court for the Eastern District of New York (under Bankruptcy Case No. 24-45180 (JMM); 24-45181 (JMM) and 24-45182 (JMM) (Bankruptcy Judge Jil Mazer-Marino) which cases were procedurally consolidated by Order dated December 19, 2025 (the "*Bankruptcy Case*").

2.        The Debtors-Defendants are corporate entities owned by Defendant Penny Sandhu. The claims asserted by Plaintiff Gil, in the District Court Action, are either similar or identical to the claims that Plaintiff Gil has against the non-debtor Defendants.   The Debtors-Defendants have scheduled Plaintiff Gil's claims in their bankruptcy filings as claims alleged in the Bankruptcy Case to be resolved as part of the Bankruptcy Case (*Exhibit A*).   Plaintiff Gil in its letter of January 8, 2025, in the District Court Action (ECF #181) alleges in response to the Defendants attorney's Motion to Withdraw as Counsel and the information regarding the Chapter 11 filing of the three (3) Debtors-Defendants that Plaintiff Gil wishes to proceed against Defendants, Penny Sandhu and Jus Broadcasting Corp. PVT Ltd. on the stated grounds that Penny Sandhu received funds from Plaintiff Gil and/or deposited such funds in the accounts of the corporate Defendants which purportedly constituted consideration for the transfer of 50% of the stock interest in the Debtors-Defendants and furthermore that Defendant, Penny Sandhu, is the main Defendant and the conduit. Plaintiff Gil states that Plaintiff Gil wishes to continue the litigation against Defendant Penny Sandhu.   Additionally, the Defendants' current attorney in the District Court Action states in his Motion to Withdraw as attorney that he seeks to retain "*any charging liens to which he is entitled*

*to under New York Law*" (ECF #177 - ¶12).

3.      All the claims which are alleged in the District Court Action against the Debtors-Defendants should be litigated in the Bankruptcy Case.    Furthermore, respectfully, any determination by a non-Bankruptcy Court regarding the Defendants' current counsel's claims including his claims actual or proposed liens on property of the Debtors-Defendants are stayed pursuant to §362(a)(1), (4) and (5) of the Bankruptcy Code.

4.      The Bankruptcy Court has exclusive jurisdiction under 28 U.S.C. §1334 over the property and assets of the Debtors-Defendants as debtors-in-possession.    Removal to the Bankruptcy Case of a cause of action in a civil action is appropriate if the Bankruptcy Court has jurisdiction under 28 U.S.C. §1334 (28 U.S.C. §1452, Bankruptcy Rule 9027 of the Rules of Bankruptcy Procedure).

5.      Respectfully, the District Court Action raises a series of issues regarding the applicability of the automatic stay under §362 as to the two (2) non-Debtors who are Defendants in the District Court Action which are best determined, if necessary, by the Bankruptcy Court where that Court would be looking at different factors and the financial condition of the Debtors-Defendants as a whole rather than the different interests which are analyzed by this Court in making its determination (see the Determination of this Court's colleague, Judge Cogan in *In re Pavers & Rd. Builders Dist. Council Welfare Fund v. Core Contr. Of N.Y., LLC*, 536 B.R.48, 2015 U.S. Dist. LEXIS 108924 (Dist. Ct. E.D.N.Y. 2015) particularly where there is such identity between the Debtor and its officer such that any determination or findings against the officer would be in effect a determination and judgment against the Debtor *Solow v. PPI Enterprises (U.S.) Inc.*, 150 B.R.9 (Bkrtcy. S.D.N.Y. 1992).   Indeed, Judge Cogan suggested that the way to resolve these

3

matters might well be pursuant to a removal under 28. U.S.C. §1452 at 12, as the Defendants here have proceeded to do.

6.      This Notice of Removal is timely filed.  The Bankruptcy case commenced on December 11, 2024, as evidenced by Exhibit A.  The District Court Action was filed on or about February 25, 2019.  This removal is being filed within 90 days of the filing of the Bankruptcy Case, where the removal is of a civil action commenced before the initiation of the Bankruptcy Case (Bankruptcy Rule §9027(a)(2) of the Rules of Bankruptcy Procedure).

7.      The Removal Parties avers that the claims alleged in the District Court Action constitutes a "*core*" proceeding pursuant to 28 U.S.C. §157(b)(2)(A), (B),(G), (K), (L), (M), and (O) or if "*non-core*" are "*related to*" the Bankruptcy Case pursuant to 28 U.S.C. §1334(b) and (c) and Removal Parties consent to entry of a final judgment by the Bankruptcy Court.

**WHEREFORE**, the Removal Parties respectfully give Notice of the Removal of the District Court Action to the Bankruptcy Court.

Dated: New York, New York
       January 23, 2025

                              **JUS BROADCASTING CORPORATION**
                              **JUS PUNJABI LLC**
                              **JUS ONE CORP.**
                              *Debtors*


                       By:    s/ Leo Fox
                              Leo Fox, Esq.
                              *Attorney for Debtors-Defendants*
                              630 Third Avenue - 18th Floor
                              New York, New York 10017
                              Tel: (212) 867-9595
                              leo@leofoxlaw.com

4

# *EXHIBIT A*

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing



A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/11/2024 at 7:40 PM and filed on 12/11/2024.

**Jus Broadcasting Corporation**
36-01 36th Avenue
4th Floor
Long Island City, NY 11106
718-752-9212
Tax ID / EIN: 26-0871635

The case was filed by the debtor's attorney:

**Leo Fox, Esq.**
630 Third Avenue, 18th Floor
New York, NY 10017
(212) 867-9595

The case was assigned case number 1-24-45180-jmm to Judge Jil Mazer-Marino.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

Eastern District of New York
(State)

Case number *(If known)*: 24-45180 (JMM)    Chapter 11

☑ Check if this is an
amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jus Broadcasting Corporation |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br>Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | 2 6 – 0 8 7 1 6 3 5 |

**4.  Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 36-01 36th Avenue - 4th Floor<br>Number    Street | Number    Street |
| | P.O. Box |
| Long Island City    NY    11106<br>City    State    ZIP Code | City    State    ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Queens<br>County | Number    Street |
| | City    State    ZIP Code |

**5.  Debtor's website** (URL)    jusbroadcasting.com

Debtor   __Jus Broadcasting Corporation__    Case number (if known) 24-45180 (JMM)
Name

| 6. | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| 7. | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

__5__ __1__ __5__ __1__

| 8. | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

    ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

| 9. | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No |
| | | ☐ Yes. District _____ When _____ Case number _____ |
| | If more than 2 cases, attach a separate list. | MM / DD / YYYY |
| | | District _____ When _____ Case number _____ |
| | | MM / DD / YYYY |

Debtor    **Jus Broadcasting Corporation**    Case number (if known)_____
_____
Name

| | |
|---|---|
| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No |
| | ☑ Yes. Debtor  **See attached**_____    Relationship _____ |
| List all cases. If more than 1, attach a separate list. | District _____    When _____<br>MM / DD / YYYY |
| | Case number, if known _____ |

| | |
|---|---|
| **11. Why is the case filed in *this* district?** | *Check all that apply:* |
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| | |
|---|---|
| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.<br>What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** _____<br>Number      Street<br>_____<br>_____<br>City                              State ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes. Insurance agency _____<br>Contact name _____<br>Phone      _____ |

---

| **Statistical and administrative information** | |

| | |
|---|---|
| **13. Debtor's estimation of available funds** | *Check one:*<br>☑ Funds will be available for distribution to unsecured creditors.<br>☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| Debtor | Jus Broadcasting Corporation | Case number (if known) 24-45180(JMM) |
|---|---|---|
| | Name | |

| 15. Estimated assets | ☐ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☑ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,000-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12  26  2024
                    MM  / DD / YYYY

✗ /s/ Penny K. Sandhu
Signature of authorized representative of debtor

Penny K. Sandhu
Printed name

Title  President and Sole Principal

**18. Signature of attorney**

✗ /s/ Leo Fox

Date  12  12  2024
            MM  / DD / YYYY

Signature of attorney for debtor

Leo Fox, Esq.
Printed name

Law Office of Leo Fox, Esq.
Firm name

630 Third Avenue - 18th Floor
Number      Street

New York
City

NY
State

10017
ZIP Code

212-867-9595 - Ext. 307
Contact phone

leo@leofoxlaw.com
Email address

1422476
Bar number

NY
State

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

IN RE:                                                          Chapter 11

JUS ONE CORP.,                                                  Case No.:

               Debtor.
-------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007

STATE OF NEW YORK    )
                         ss.:
COUNTY OF NEW YORK  )

    ***Penny K. Sandhu***, duly declares under penalty of perjury:

    1.    I, *Penny K. Sandhu*, am the President and Sole Principal of the above Debtor and Debtor-in-Possession.    I am the 100% interest holder in the above Debtor and its sister entities as identified above.

    2.    This affidavit is submitted by the Debtor-in-Possession, pursuant to the Local Rules of this Court, in connection with filing of a Chapter 11 case by the above Debtor pursuant to Sub-Chapter V, 11 U.S.C. §1181 *et. seq.*   An application is being simultaneously made pursuant to Bankruptcy Rule §1015(b) for the joint administration of these cases from a procedural standpoint, without seeking a substantive consolidation, at this point, in the form of the Order being submitted with this application.    The three (3) debtors being consolidated generally operate as one (1) entity as will be noted below and these cases are best operated as a single entity for purposes of administrative convenience.    Each of the debtors is owned by Penny K. Sandhu.

    3.    The Debtor owns and operates a television broadcast network having two (2) channels in programing, generally, related to matters involving India.    Jus Broadcasting is a certified as a "*minority woman owned business*" which entitles Jus Broadcasting to certain

governmental advertising budgets involving the Federal Government and State and City Governments in New York State.   This certification involves an elaborate process which takes years to achieve.

4.     The entities identified above render the following tasks.   Jus Broadcasting renders the administrative and billing for all customers and collect all advertising and subscription monies for Jus Punjabi LLC and Jus One Corp.   In addition, Jus Broadcasting sells advertising space on the two (2) channels owned by Jus Punjabi LLC (dealing with the Punjabi population nationwide) and Jus One Corp. (dealing with the spiritual or religious aspects of the Hindi and Punjabi population nationwide) Jus Punjabi LLC is a "*general entertainment channel*". Both of these companies provide programing which are shown on the company's two (2) channels.     Thus, Jus Broadcasting acts as agent with third-party advertising agencies, to sell advertising slots on the two (2) channels which the advertising agency, in turn, sell to various advertisers who are interested in specific markets. Jus Broadcasting maintains an inter-company account reflecting the amounts due to the two (2) entities for the sale of slots on their programming.   Jus Broadcasting receives a 20% commission for all advertising spot sales with respect to these two (2) channels.

5.     In addition, Jus Broadcasting provides ground events and production work for other companies, which are not related or owned by myself, for which they are paid a fee.   For example, many customers hire Jus Broadcasting's LED video truck for purposes of ground marketing in various neighborhoods for purposes of promoting and advertising certain products.

6.     Finally, Jus Broadcasting renders similar services for two (2) channels owned by two (2) companies which are owned by Aashmeeta Melendez who is my daughter.   However, my daughter's channels are mainstream Hindi language channels as opposed to my two (2) channels

2

which are Panjabi and spiritual.    In any event, Jus Broadcasting receives the same 20% agency commissions for Jus Broadcasting's efforts in selling advertising spots on my daughter's channels as Jus Broadcasting receives on advertising on the channels owned by Jus Punjabi and Jus One.

7.    The Debtor became involved in three (3) long lasting litigations which consumed the Debtor's time and energy and incurred substantial attorney's fees.

8.    The first litigation involved a Plaintiff (*Kashmir Gill v. Jus Broadcasting, Jus Punjabi LLC, Jus One Corp., Penny K. Sandhu* (Index No. 19-04216 (DLI)(PK) pending in United States District Court, Eastern District of New York, alleging $2,000,000 in damages, who asserted that he was an investor in the television network without any documentation or other substantiation and requested a partnership interest.    The Court order mediation. However, no mediation proceeding was commenced or was undertaken.

9.    The second litigation entitled *Karl Khandalavala II v. Penny K. Sandhu and Jus Punjabi LLC* (Index No. 655199/2023), pending in the New York State Supreme Court – County of New York, involved a claim by the Plaintiff against 10% of one channel owned by Jus Punjabi LLC.    Previously the Debtor paid $600,000 of an agreed $660,000 amount which would release all claims as to the channel.    The Plaintiff, at some point, continued to assert his claims after the Debtor failed the $60,000 balance.    In early 2020, this Plaintiff had discussions with the Plaintiff, in the prior litigation, alleged that it was entitled to the $60,000 balance plus a $50 per day penalty which the Plaintiff alleges is presently $2,500,000.    It appears on or about September 14, 2024, that a Default Judgment was entered against me, individually, and Jus Punjabi LLC with respect to the issue of damages, being referred to a Special Referee.

10.    The third litigation entitled *Saim Naqvi v. Jus Broadcasting Corporation* (Index

No. 605545/2019), pending in the New York State Supreme Court – County of Nassau, involved the claim by the Plaintiff that he was employed as a salesperson and entitled to a salary of three (3) years during the period of his alleged employment.   The Debtor posted a bond of $135,000 after the Trial which was held on October 30, 2023 to secure the Judgment against the Debtor. The Judgment related to an award of $106,000 plus additional interest and charges.   On June 17, 2024, the Plaintiff made a motion in the Court to enhance the bond to include all post-judgment interest.

11.    The Debtor's books and records are being maintained at the Debtor's address located at 36-01 36th Avenue, Long Island City, New York 11106.   The Debtor conducts operations in California consisting of producing programming related to the Indian and Punjabi populations in California.   These activities are conducted at a Studio located at 17906 Murphy Pkwy, Lathrop, California 95330, at a rental amount of $3,500 per month, an amount which is comparable to market rentals in the area.   The Studio is owned by myself.

12.    Expected receipts and disbursements for Jus Broadcasting Corp., Jus Punjabi LLC and Jus One Corp. for the next 30 days are attached hereto.   A summary of the Debtor's assets and liabilities for Jus Broadcasting Corp., Jus Punjabi LLC and Jus One Corp. is attached hereto. The assets and liabilities are primarily those of Jus Broadcasting.   Nearly all of the creditors incurred debts or have undertaken litigation against Jus Broadcasting.   The assets consisting of television broadcasting equipment, of approximately $54,000, in present market value, the accounts receivable of approximately $98,000 are all property of Jus Broadcasting.

13.    The Debtor believes that it will be able to propose a viable and confirmable Plan of Reorganization.

4

Duly declared under penalty of perjury:
December 11, 2024

Penny K. Sandhu
President and Sole Principal

# JUS ONE CORP.

# Profit and Loss
## November 2024

| | Jus One | Jus Punjabi |
|---|---|---|
| Total Income | $ 40,565.82 | $ 53,651.57 |
| **Expenses** | | |
| Auto | | |
| Total Auto | $ 1,576.86 | $ 2,085.53 |
| Credit Card Fee | 93.02 | 123.02 |
| Total Fiber, Satellite, Internet | 3,115.46 | 4,120.46 |
| JB Expense | | |
| Bank Fee | 95.62 | 126.46 |
| Insurance Expense | 1,860.00 | 2,460.00 |
| Marketing & Promotions | 261.95 | 346.45 |
| Meals | 221.80 | 293.35 |
| Office Supplies/Expense | 869.19 | 1,149.58 |
| Legal Fee | 4,650.00 | 6,150.00 |
| Total Software | 355.82 | 469.55 |
| Total Staff | 9,005.50 | 11,910.50 |
| Total Travel | 1,215.71 | 1,607.87 |
| Utilities | | |
| Total Utilities | $ 1,624.39 | $ 2,148.39 |
| Total JB Expense | $ 20,159.19 | $ 26,662.15 |
| Loan Interest | 181.90 | 240.58 |
| Total Payroll Expenses | 6,403.82 | 8,468.51 |
| QuickBooks Payments Fees | 13.93 | 18.43 |
| Recruiting Charges | 13.93 | 18.43 |
| Total Rent & Lease | 3,875.00 | 5,125.00 |
| Repair & Maintenance | 335.47 | 443.68 |
| Taxes | 13.93 | 18.43 |
| Total Expenses | $ 37,295.21 | $ 49,325.92 |
| Net Operating Income | $ 3,270.61 | $ 4,325.65 |

## EXHIBIT B

## ASSETS AND LIABILITIES

### ASSETS

| | |
|---|---|
| See Jus Broadcasting Corp. | |

### LIABILITIES

| | |
|---|---|
| Kashmir Gill c/o Alan Ackerman, Esq. c/o Steven A. Jayson, Esq. | Disputed |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
IN RE:                                                      Chapter 11

JUS ONE CORP.,                                              Case No.:

                        Debtor.
-----------------------------------------------------------X

## <u>CORPORATE RESOLUTION</u>

The undersigned, Penny K. Sandhu, is the President and Sole Principal of Jus One Corp.

(the "*Company*") and is authorized to make this certification.    The undersigned certifies that on

the date noted below, a Special Meeting of the Company was regularly and duly held at 630 Third

Avenue, 18th Floor, New York, New York 10017.

At said Meeting, a resolution was passed, as follows:

***RESOLVED***, that the company be, and he hereby is, authorized and

directed to file on behalf of the Company an application under Chapter 11

of the Bankruptcy Code and to take all steps necessary and proper for the

filing of said application, including the retention of Leo Fox, Esq. located

at 630 Third Avenue, 18th Floor, New York, NY 10017, as attorney for that

purpose.

Dated:          New York, New York
                December 11, 2024



                                    Penny K. Sandhu
                                    President and Sole Principal

FoxNAS\Leo\Clients\Jus Broadcasting Corp.\Corporate Resolution\Resolution\12-11-2024

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was filed under Chapter 11 of the United States Bankruptcy Code, entered on 12/11/2024 at 7:44 PM and filed on 12/11/2024.

**Jus Punjabi LLC**
36-01 36th Avenue
4th Floor
Long Island City, NY 11106
718-752-9212
Tax ID / EIN: 20-3902059



The case was filed by the debtor's attorney:

**Leo Fox, Esq.**
630 Third Avenue, 18th Floor
New York, NY 10017
(212) 867-9595

The case was assigned case number 1-24-45181-jmm to Judge Jil Mazer-Marino.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our *Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595, Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Eastern__ District of __New York__
                          (State)

Case number (*If known*): _____    Chapter _____

☐ Check if this is an
   amended filing

---

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known).  For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Jus Punjabi LLC |

| | | |
|---|---|---|
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names, and *doing business as* names | _____<br>_____<br>_____<br>_____<br>_____ |

| | | |
|---|---|---|
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 2 0 – 3 9 0 2 0 5 9 |

**4.** **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 36-01 36th Avenue - 4th Floor | _____ |
| Number        Street | Number        Street |
| _____ | P.O. Box |
| Long Island City    NY    11106 | _____ |
| City            State    ZIP Code | City            State    ZIP Code |
| Queens | **Location of principal assets, if different from principal place of business** |
| County | _____ |
| | Number        Street |
| | _____ |
| | _____ |
| | City            State    ZIP Code |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | jusbroadcasting.com |

---

| Debtor | Jus Punjabi LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | *Name* | | | |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other. Specify: _____ |

| | | |
|---|---|---|
| **7.** | **Describe debtor's business** | A. *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the above |
| | | |
| | | B. *Check all that apply:* |
| | | ☐ Tax-exempt entity (as described in 26 U.S.C. § 501) |
| | | ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3) |
| | | ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11)) |
| | | |
| | | C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes . |
| | | <u>5</u> <u>1</u> <u>5</u> <u>1</u> |

| | | |
|---|---|---|
| **8.** | **Under which chapter of the Bankruptcy Code is the debtor filing?** | *Check one:* |
| | | ☐ Chapter 7 |
| | | ☐ Chapter 9 |
| | | ☑ Chapter 11. *Check all that apply:* |
| | | ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that). |
| | | ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B). |
| | | ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11. |
| | | ☐ A plan is being filed with this petition. |
| | | ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |
| | | ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form. |
| | | ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2. |
| | | ☐ Chapter 12 |

| | | | | | |
|---|---|---|---|---|---|
| **9.** | **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?** | ☑ No | | | |
| | | ☐ Yes. District _____ | When _____ | Case number _____ | |
| | If more than 2 cases, attach a separate list. | | MM / DD / YYYY | | |
| | | District _____ | When _____ | Case number _____ | |
| | | | MM / DD / YYYY | | |

| Debtor | Jus Punjabi LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor? | ☐ No | | |
|---|---|---|---|
| | ☑ Yes. Debtor **See attached** | Relationship | |
| List all cases. If more than 1, attach a separate list. | District _____ | When _____ | MM / DD / YYYY |
| | Case number, if known _____ | | |

| 11. Why is the case filed in *this district*? | Check all that apply: |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☑ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** (Check all that apply.) |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard?_____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?**_____ |
| | Number      Street |
| | _____ |
| | City                        State ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes. Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

| **Statistical and administrative information** |
|---|

| 13. Debtor's estimation of available funds | Check one: |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| 14. Estimated number of creditors | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

Debtor   **Jus Pungabi LLC**
_____  Case number (if known) _____
Name

| **15. Estimated assets** | ☑ $0-$50,000 | ☐ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| **16. Estimated liabilities** | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

| **17. Declaration and signature of authorized representative of debtor** | The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition. |
|---|---|
| | I have been authorized to file this petition on behalf of the debtor. |
| | I have examined the information in this petition and have a reasonable belief that the information is true and correct. |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   12  11  2024
　　　　　　　  MM / DD / YYYY

**X** _Penny_____              Penny K. Sandhu
Signature of authorized representative of debtor         Printed name

Title **President and Sole Principal**

| **18. Signature of attorney** | **X** _____   Date  12  11  2024 |
|---|---|
| | Signature of attorney for debtor         MM / DD / YYYY |

Leo Fox, Esq.
Printed name
Law Office of Leo Fox, Esq.
Firm name
630 Third Avenue - 18th Floor
Number      Street
New York                              NY        10017
City                                 State     ZIP Code

212-867-9595 - Ext. 307              leo@leofoxlaw.com
Contact phone                        Email address

1422476                              NY
Bar number                           State

**JUS PUNJABI LLC**

**BANKRUPTCY CASES BEING FILED BY**
**A BUSINESS PARTNER OR AN AFFILIATE OF THE DEBTOR**

| | | | |
|---|---|---|---|
| Jus Broadcasting Corporation | Affiliate | Eastern District of New York | 12-11-2024 |
| Jus One Corp. | Affiliate | Eastern District of New York | 12-11-2024 |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IN RE:                                                                    Chapter 11

JUS PUNJABI LLC,                                                          Case No.:

                            Debtor.
------------------------------------------------------------X

## DECLARATION PURSUANT TO LOCAL RULE 1007

STATE OF NEW YORK      )
                                              ss.:
COUNTY OF NEW YORK  )

*Penny K. Sandhu*, duly declares under penalty of perjury:

1.        I, *Penny K. Sandhu*, am the President and Sole Principal of the above Debtor and Debtor-in-Possession.   I am the 100% interest holder in the above Debtor and its sister entities as identified above.

2.        This affidavit is submitted by the Debtor-in-Possession, pursuant to the Local Rules of this Court, in connection with filing of a Chapter 11 case by the above Debtor pursuant to Sub-Chapter V, 11 U.S.C. §1181 *et. seq*.   An application is being simultaneously made pursuant to Bankruptcy Rule §1015(b) for the joint administration of these cases from a procedural standpoint, without seeking a substantive consolidation, at this point, in the form of the Order being submitted with this application.   The three (3) debtors being consolidated generally operate as one (1) entity as will be noted below and these cases are best operated as a single entity for purposes of administrative convenience.   Each of the debtors is owned by Penny K. Sandhu.

3.        The Debtor owns and operates a television broadcast network having two (2) channels in programing, generally, related to matters involving India.   Jus Broadcasting is a certified as a "*minority woman owned business*" which entitles Jus Broadcasting to certain

FoxNAS\Leo\Clients\Jus Broadcasting Corporation\Local Rule Affidavit\Affidavit – Jus Punjabi LLC V1\12-11-2024

governmental advertising budgets involving the Federal Government and State and City Governments in New York State.    This certification involves an elaborate process which takes years to achieve.

    4.    The entities identified above render the following tasks.    Jus Broadcasting renders the administrative and billing for all customers and collect all advertising and subscription monies for Jus Punjabi LLC and Jus One Corp.    In addition, Jus Broadcasting sells advertising space on the two (2) channels owned by Jus Punjabi LLC (dealing with the Punjabi population nationwide) and Jus One Corp. (dealing with the spiritual or religious aspects of the Hindi and Punjabi population nationwide) Jus Punjabi LLC is a "*general entertainment channel*". Both of these companies provide programing which are shown on the company's two (2) channels.    Thus, Jus Broadcasting acts as agent with third-party advertising agencies, to sell advertising slots on the two (2) channels which the advertising agency, in turn, sell to various advertisers who are interested in specific markets. Jus Broadcasting maintains an inter-company account reflecting the amounts due to the two (2) entities for the sale of slots on their programming.    Jus Broadcasting receives a 20% commission for all advertising spot sales with respect to these two (2) channels.

    5.    In addition, Jus Broadcasting provides ground events and production work for other companies, which are not related or owned by myself, for which they are paid a fee.    For example, many customers hire Jus Broadcasting's LED video truck for purposes of ground marketing in various neighborhoods for purposes of promoting and advertising certain products.

    6.    Finally, Jus Broadcasting renders similar services for two (2) channels owned by two (2) companies which are owned by Aashmeeta Melendez who is my daughter.    However, my daughter's channels are mainstream Hindi language channels as opposed to my two (2) channels

2

which are Panjabi and spiritual.    In any event, Jus Broadcasting receives the same 20% agency commissions for Jus Broadcasting's efforts in selling advertising spots on my daughter's channels as Jus Broadcasting receives on advertising on the channels owned by Jus Punjabi and Jus One.

7.    The Debtor became involved in three (3) long lasting litigations which consumed the Debtor's time and energy and incurred substantial attorney's fees.

8.    The first litigation involved a Plaintiff (*Kashmir Gill v. Jus Broadcasting, Jus Punjabi LLC, Jus One Corp., Penny K. Sandhu* (Index No. 19-04216 (DLI)(PK) pending in United States District Court, Eastern District of New York, alleging $2,000,000 in damages, who asserted that he was an investor in the television network without any documentation or other substantiation and requested a partnership interest.    The Court order mediation. However, no mediation proceeding was commenced or was undertaken.

9.    The second litigation entitled *Karl Khandalavala II v. Penny K. Sandhu and Jus Punjabi LLC* (Index No. 655199/2023), pending in the New York State Supreme Court – County of New York, involved a claim by the Plaintiff against 10% of one channel owned by Jus Punjabi LLC.    Previously the Debtor paid $600,000 of an agreed $660,000 amount which would release all claims as to the channel.    The Plaintiff, at some point, continued to assert his claims after the Debtor failed the $60,000 balance.    In early 2020, this Plaintiff had discussions with the Plaintiff, in the prior litigation, alleged that it was entitled to the $60,000 balance plus a $50 per day penalty which the Plaintiff alleges is presently $2,500,000.    It appears on or about September 14, 2024, that a Default Judgment was entered against me, individually, and Jus Punjabi LLC with respect to the issue of damages, being referred to a Special Referee.

10.    The third litigation entitled *Saim Naqvi v. Jus Broadcasting Corporation* (Index

No. 605545/2019), pending in the New York State Supreme Court – County of Nassau, involved the claim by the Plaintiff that he was employed as a salesperson and entitled to a salary of three (3) years during the period of his alleged employment.    The Debtor posted a bond of $135,000 after the Trial which was held on October 30, 2023 to secure the Judgment against the Debtor. The Judgment related to an award of $106,000 plus additional interest and charges.    On June 17, 2024, the Plaintiff made a motion in the Court to enhance the bond to include all post-judgment interest.

11.    The Debtor's books and records are being maintained at the Debtor's address located at 36-01 36th Avenue, Long Island City, New York 11106.    The Debtor conducts operations in California consisting of producing programming related to the Indian and Punjabi populations in California.    These activities are conducted at a Studio located at 17906 Murphy Pkwy, Lathrop, California 95330, at a rental amount of $3,500 per month, an amount which is comparable to market rentals in the area.    The Studio is owned by myself.

12.    Expected receipts and disbursements for Jus Broadcasting Corp., Jus Punjabi LLC and Jus One Corp. for the next 30 days are attached hereto.    A summary of the Debtor's assets and liabilities for Jus Broadcasting Corp., Jus Punjabi LLC and Jus One Corp. is attached hereto. The assets and liabilities are primarily those of Jus Broadcasting.    Nearly all of the creditors incurred debts or have undertaken litigation against Jus Broadcasting.    The assets consisting of television broadcasting equipment, of approximately $54,000, in present market value, the accounts receivable of approximately $98,000 are all property of Jus Broadcasting.

13.    The Debtor believes that it will be able to propose a viable and confirmable Plan of Reorganization.

4

Duly declared under penalty of perjury:
December 11, 2024

_____
Penny K. Sandhu
President and Sole Principal

## Profit and Loss
### November 2024

|  | Jus One | Jus Punjabi |
|---|---|---|
| Total Income | $  40,565.82 | $  53,651.57 |
| Expenses | | |
| Auto | | |
| Total Auto | $  1,576.86 | $  2,086.63 |
| Credit Card Fee | 93.02 | 123.02 |
| Total Fiber, Satellite, Internet | 3,115.48 | 4,120.48 |
| JB Expense | | |
| Bank Fee | 95.82 | 126.46 |
| Insurance Expense | 1,860.00 | 2,460.00 |
| Marketing & Promotions | 261.95 | 346.45 |
| Meals | 221.80 | 293.35 |
| Office Supplies/Expense | 869.19 | 1,149.58 |
| Legal Fee | 4,650.00 | 6,150.00 |
| Total Software | 355.02 | 469.55 |
| Total Staff | 9,006.50 | 11,916.50 |
| Total Travel | 1,215.71 | 1,607.87 |
| Utilities | | |
| Total Utilities | $  1,624.39 | $  2,148.39 |
| Total JB Expense | $  20,159.19 | $  26,662.16 |
| Loan Interest | 181.90 | 240.58 |
| Total Payroll Expenses | 6,403.02 | 8,468.51 |
| QuickBooks Payments Fees | 13.93 | 18.43 |
| Recruiting Charges | 13.93 | 18.43 |
| Total Rent & Lease | 3,875.00 | 5,125.80 |
| Repair & Maintenance | 335.47 | 443.68 |
| Taxes | 13.93 | 18.43 |
| Total Expenses | $  37,295.21 | $  49,325.82 |
| Net Operating Income | $  3,270.61 | $  4,325.65 |

## **EXHIBIT B**

### **ASSETS AND LIABILITIES**

**ASSETS**

| See Jus Broadcasting Corp. | |
|---|---|

**LIABILITIES**

| Karl Khandalavala II c/o Paul Batista, Esq. | Disputed |
|---|---|
| Kashmir Gill c/o Alan Ackerman, Esq. c/o Steven A. Jayson, Esq. | Disputed |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
IN RE:                                                              Chapter 11

JUS PUNJABI LLC,                                                    Case No.:

                              Debtor.

--------------------------------------------------------------X

## CORPORATE RESOLUTION

The undersigned, Penny K. Sandhu, is the President and Sole Principal of Jus Punjabi LLC

(the "_Company_") and is authorized to make this certification.    The undersigned certifies that on

the date noted below, a Special Meeting of the Company was regularly and duly held at 630 Third

Avenue, 18th Floor, New York, New York 10017.

At said Meeting, a resolution was passed, as follows:

*RESOLVED*, that the company be, and he hereby is, authorized and

directed to file on behalf of the Company an application under Chapter 11

of the Bankruptcy Code and to take all steps necessary and proper for the

filing of said application, including the retention of Leo Fox, Esq. located

at 630 Third Avenue, 18th Floor, New York, NY 10017, as attorney for that

purpose.

Dated:        New York, New York
              December 11, 2024


                                                  Penny K. Sandhu
                                                  President and Sole Principal

FoxNAS\Leo\Clients\Jus Broadcasting Corp.\Corporate Resolution\Resolution\12-11-2024

United States Bankruptcy Court
Eastern District of New York

## Notice of Bankruptcy Case Filing

A bankruptcy case concerning the debtor(s) listed below was
filed under Chapter 11 of the United States Bankruptcy Code,
entered on 12/11/2024 at 7:51 PM and filed on 12/11/2024.



**Jus One Corp.**
36-01 36th Avenue
4th Floor
Long Island City, NY 11106
718-752-9212
Tax ID / EIN: 26-0892121

The case was filed by the debtor's attorney:

**Leo Fox, Esq.**
630 Third Avenue, 18th Floor
New York, NY 10017
(212) 867-9595

The case was assigned case number 1-24-45182-nhl to Judge Nancy Hershey Lord.

In most instances, the filing of the bankruptcy case automatically stays certain collection and other actions against
the debtor and the debtor's property. Under certain circumstances, the stay may be limited to 30 days or not exist at
all, although the debtor can request the court to extend or impose a stay. If you attempt to collect a debt or take
other action in violation of the Bankruptcy Code, you may be penalized. Consult a lawyer to determine your rights
in this case.

If you would like to view the bankruptcy petition and other documents filed by the debtor, they are available at our
*Internet* home page https://ecf.nyeb.uscourts.gov/ or at the Clerk's Office, 271-C Cadman Plaza East, Suite 1595,
Brooklyn, NY 11201-1800.

You may be a creditor of the debtor. If so, you will receive an additional notice from the court setting forth
important deadlines.

**Robert A. Gavin, Jr.**
**Clerk, U.S. Bankruptcy Court**

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

_Eastern_ District of _New York_
                          (State)

Case number (*if known*): _____ Chapter _____

☐ Check if this is an
   amended filing

## Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | Jus One Corp. |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names, and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 2 6 _ 0 8 9 2 1 2 1 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 36-01 36th Avenue - 4th Floor | |
| Number     Street | Number     Street |
| | P.O. Box |
| Long Island City     NY     11106 | |
| City               State     ZIP Code | City               State     ZIP Code |
| | **Location of principal assets, if different from principal place of business** |
| Queens | |
| County | Number     Street |
| | |
| | City               State     ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | jusbroadcasting.com |

Debtor  **Jus One Corp.**
       Name

Case number (*if known*) _____

---

**6. Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☑ None of the above

B. *Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)

☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

   5  1  5  1

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☑ Chapter 11. *Check all that apply:*

  ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

  ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

  ☑ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

  ☐ A plan is being filed with this petition.

  ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

  ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

  ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes.  District _____  When _____  Case number _____
                                MM / DD / YYYY

      District _____  When _____  Case number _____
                                MM / DD / YYYY

---

| Debtor | Jus One Corp. | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

| **10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?** | ☐ No | | |
|---|---|---|---|
| | ☑ Yes. | Debtor  See attached | Relationship _____ |
| List all cases. If more than 1, attach a separate list. | | District _____ | When ___ / ___ / _____ |
| | | | MM / DD / YYYY |
| | | Case number, if known _____ | |

| **11. Why is the case filed in *this* district?** | *Check all that apply:* |
|---|---|
| | ☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | ☑ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| **12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?** | ☑ No |
|---|---|
| | ☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | **Why does the property need immediate attention?** *(Check all that apply.)* |
| | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | What is the hazard? _____ |
| | ☐ It needs to be physically secured or protected from the weather. |
| | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | ☐ Other _____ |
| | **Where is the property?** |
| | _____ |
| | Number          Street |
| | _____ |
| | _____ |
| | City                                    State ZIP Code |
| | **Is the property insured?** |
| | ☐ No |
| | ☐ Yes. Insurance agency _____ |
| | Contact name _____ |
| | Phone _____ |

| | **Statistical and administrative information** |
|---|---|

| **13. Debtor's estimation of available funds** | *Check one:* |
|---|---|
| | ☐ Funds will be available for distribution to unsecured creditors. |
| | ☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors. |

| **14. Estimated number of creditors** | ☑ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
|---|---|---|---|
| | ☐ 50-99 | ☐ 5,001-10,000 | ☐ 50,001-100,000 |
| | ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than 100,000 |
| | ☐ 200-999 | | |

| Debtor | Jus One Corp. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 15. Estimated assets | ☑ $0-$50,000 | ☐ $1,000,001 $10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

| 16. Estimated liabilities | ☐ $0-$50,000 | ☑ $1,000,001-$10 million | ☐ $500,000,001-$1 billion |
|---|---|---|---|
| | ☐ $50,001-$100,000 | ☐ $10,000,001-$50 million | ☐ $1,000,000,001-$10 billion |
| | ☐ $100,001-$500,000 | ☐ $50,000,001-$100 million | ☐ $10,000,000,001-$50 billion |
| | ☐ $500,001-$1 million | ☐ $100,000,001-$500 million | ☐ More than $50 billion |

## Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  12  11  2024
           MM / DD / YYYY

✗ _[signature]_                           Penny K. Sandhu
Signature of authorized representative of debtor     Printed name

Title  President and Sole Principal

**18. Signature of attorney**

✗ _[signature]_                    Date  12  11  2024
Signature of attorney for debtor            MM  / DD / YYYY

Leo Fox, Esq.
Printed name
Law Office of Leo Fox, Esq.
Firm name
630 Third Avenue - 18th Floor
Number      Street
New York                                    NY        10017
City                                        State     ZIP Code

212-867-9595 - Ext. 307                     leo@leofoxlaw.com
Contact phone                               Email address

1422476                                     NY
Bar number                                  State

**JUS ONE CORP.**

**BANKRUPTCY CASES BEING FILED BY
A BUSINESS PARTNER OR AN AFFILIATE OF THE DEBTOR**

| | | | |
|---|---|---|---|
| Jus Broadcasting Corporation | Affiliate | Eastern District of New York | 12-11-2024 |
| Jus Punjabi LLC | Affiliate | Eastern District of New York | 12-11-2024 |