UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
KASHMIR GILL, Individually,

                                  Plaintiff,

      v.                                                                                                                                     Case No. 19-cv-04216 (DLI)(PK)

JUS BROADCASTING CORP., JUS PUNJABI LLC,
JUS ONE CORP., JUS BROADCASTING CORP.
PVT LTD; and PENNY SANDHU,

                                Defendants.
-----------------------------------------------------------------------X

## NOTICE OF WITHDRAWAL OF NOTICE OF REMOVAL

       The Debtors-Defendants, Jus Broadcasting Corporation, Jus Punjabi LLC and Jus One Corp. (the "*Debtors-Defendants*") by their counsel, Leo Fox, Esq., hereby withdraws, with prejudice its Notice of Removal dated January 23, 2025 (ECF #183).

Dated:  New York, New York
           January 27, 2025

                                                      *JUS BROADCASTING CORPORATION*
                                                      *JUS PUNJABI LLC*
                                                      *JUS ONE CORP.*
                                                      *Debtors-Defendants*


                                  By:    */s/ Leo Fox*
                                               Leo Fox, Esq.
                                               *Attorney for Debtors-Defendants*
                                               630 Third Avenue - 18th Floor
                                               New York, New York 10017
                                               Tel: (212) 867-9595
                                               leo@leofoxlaw.com