

# LAW OFFICES OF ALAN R. ACKERMAN

March 11, 2025

Honorable Dora L. Irizarry, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East, Room 727S
Brooklyn, NY 11201

   **Re:** **Gill v. Jus Broadcasting Corp., et al.**
      **Case No. 19-cv-4216 (ILG)(PK)**

Dear Judge Irizarry:

  I must apologize to the Court for overlooking the Court's direction that the motion be filed under the "bundle rule." It has never been previously ordered in this matter. We will comply with the February 18, 2025 Order and serve Plaintiff's opposition in a timely manner.

           Respectfully submitted,

           LAW OFFICES OF ALAN R. ACKERMAN

ARA/st            BY: ALAN R. ACKERMAN, ESQ.

cc: Kashmir Gill
   Leo Fox, Esq.
   Michael Konopka, Esq.

---

Alan R. Ackerman, Esq.    T. (973) 898-1177    araesq@alanackermanlaw.com
Counsellor at Law      F. (973) 898-1230    1719 Route 10 East, Suite 104
Admitted NJ, NJ District Court              Parsippany, NJ 07054
3rd Cir. Court of Appeals